**SEALED**

**FILED**
July 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: MR
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Case No: SA:23-CR-00389-FB**

**UNITED STATES OF AMERICA**

**Plaintiff**

**v**

[redacted]

**INDICTMENT**

**COUNT 1:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);

**COUNT 2:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);

**COUNT 3:** 21 U.S.C. 959(a)- Unlawful Distribution of Controlled Substances Extra-territorial;

**COUNT 4:** 21 U.S.C. 861(a)(1) and 846 Conspiracy to Employ a Person Under 18 years of Age in Drug Operations; Aiding & Abetting

**COUNT 5:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);

**COUNT 6:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);

**COUNT 7:** 21 U.S.C. 846, 841(a)(1) & (b)(1)(A) Conspiracy to Possess a Controlled Substance with Intent to Distribute (Methamphetamine);

**COUNT 8:** 21 U.S.C. 952 & 960(a)(1) Conspiracy to Import with Intent to Distribute a Controlled Substance (Methamphetamine);

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA**
**aka "MANDO RICKY"**
**aka "COMMANDANTE RICKY"**
**aka "RICKY COAHUILA"**
**aka "FLACO"**

**Defendants**

**COUNT 9:** 18 U.S.C. 924(o) Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;

**COUNT 10:** 18 U.S.C.1956(a)(1)(A)-Laundering of Monetary Instruments

**THE GRAND JURY CHARGES:**

<u>Ways, Manner, and Means to Accomplish Conspiracy for Counts 1-9</u>

There exists in the Mexican states of Coahuila and Tamaulipas, the Western District of Texas, and elsewhere, an organization which calls itself the Cartel De Noreste (CDN). The CDN is the successor cartel to the LOS ZETAS. The CDN is self-dedicated to the pursuit of organized criminal conduct principally through drug trafficking, extortion, weapons trafficking, and murder.

LOS ZETAS were first established to be the lethal enforcers for another Mexican drug cartel: the Gulf Cartel (CDG). The leaders of the Gulf Cartel recruited former members of the Mexican Army Special Forces from the Groupo Aeromovil de Fuerza Especiales (GAFES) in the late 1990s. However, over time LOS ZETAS broke away from the Gulf Cartel and began to operate independently. Heriberto Lazcano, aka Z-3, was the leader of the Los Zetas from 2004 until his death on October 7, 2012 in Coahuila, Mexico. After his death, Miguel Angel Trevino

Morales, aka Z-40 and his brother Oscar Omar Trevino Morales, aka Z-42 assumed the leadership positions. In April 2009 the President of the United States identified LOS ZETAS as a significant foreign narcotics trafficker under the Kingpin Act, and the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated Z-40 and Z-42 as specially designated narcotics traffickers pursuant to the Kingpin Act in July 2009 and March 2010, respectively.

Subsequent to the arrest of Miguel Trevino-Morales aka Z-40 and Omar Trevino-Morales Z-42, the Trevino's renamed the LOS ZETAS the CDN. The Trevino's continued to control the cartel and installed various family members as the head of the CDN cartel after their incarceration. CDN remains the successor cartel to the LOS ZETAS International Drug Cartel and continues their criminal activities. CDN was established by [redacted] and other members of his family after Miguel Trevino-Morales, aka as "Zeta 40", and Omar Trevino-Morales, aka "Zeta 42" were arrested in Mexico.

CDN remains a powerful drug trafficking organization operating out of Mexico, which funnels thousands of kilograms of cocaine, marijuana, methamphetamine, and other narcotics into the United States each year. The CDN is one of the largest drug cartels operating in Mexico today, with their influence stretching from Central America through Mexico and into cities throughout the United States. The organization is based in the city of Nuevo Laredo, Tamaulipas Mexico, and has had control over several other Mexican cities located on the United States-Mexico border, including Ciudad Acuna and Piedras Negras—both located in Coahuila, Mexico. The large-scale drug trafficking of this organization generates hundreds of millions of dollars in revenues.

CDN is organized in a hierarchical structure with certain groups or cells operating in tiers of command. CDN members purchase bulk quantities of narcotics and sell them abroad as well as to other non- CDN drug traffickers operating in Mexico. In addition to those considered actual members of CDN, any large scale narcotics trafficker operating in a region controlled by CDN must support and associate with CDN or risk execution. CDN not only supplies the drugs (marijuana, cocaine, methamphetamine, etc.) to the traffickers, they charge the traffickers a fee (called the "quota") for the privilege of operating in CDN territory. That fee includes cash payments as well as firearms and other munitions (ammunition, magazines, etc.). In addition to allowing these traffickers to operate in their territory, CDN supplies them with real-time intelligence about the movement and location of the Mexican military and law enforcement.

The Defendants, [redacted]

[redacted] **(11), RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO" (12),** all worked for CDN in various leadership capacities as drug traffickers, "sicarios" (assassin, executioner, torturer, and kidnapper), weapons procurers, money launderers, accountants.

**COUNT ONE**
**[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]**

Beginning on or about January 1, 2005, and continuing until on or about the date of this indictment, in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance

containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

**<u>COUNT TWO</u>**
**[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United

States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

**COUNT THREE**
**[21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Southern District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted],

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, 5 kilograms or more of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1).

**COUNT FOUR**
**[21 U.S.C. §§846, 861(a)(1) and (b)]**

Beginning on or about January 1, 2005 and continuing until the date of this indictment, in the Western District of Texas and elsewhere, Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

being a person of at least eighteen (18) years of age, did knowingly and intentionally and unlawfully conspire, combine, confederate, and agree with others known and unknown to the Grand Jury to employ, hire, use, persuade, induce, entice, and coerce a person or persons under eighteen (18) years of age, to violate Title 21, United States Code, Sections 841(a)(1), 846, 952(a),

960(a)(1), 959, and 963, in violation of Title 21, United States Code, Section 846, 861(a)(1) and (b).

**COUNT FIVE**
**[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(ii), in violation of Title 21, United States Code, Section 846.

**COUNT SIX**
**[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

**COUNT SEVEN**
**[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)]**

Beginning on or about May 1, 2008, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(viii), in violation of Title 21, United States Code, Section 846.

**COUNT EIGHT**
**[21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(B) & 963]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

**<u>COUNT NINE</u>**
**[18 U.S.C. §§ 924(c)(1) and (o)]**

Beginning on or about January 1, 2005, and continuing until the date of this indictment, in the Western District of Texas, the Republic of Mexico, and elsewhere, the Defendant,

[redacted]

[redacted]

**(12) RICARDO GONZALEZ SAUCEDA aka "MANDO RICKY" aka "COMMANDANTE RICKY" aka "RICKY COAHUILA" aka "FLACO",**

knowingly combined, conspired, confederated, and agreed with others known and unknown to the Grand Jury to commit offenses against the United States, that is, the **DEFENDANT** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three, Five, Six, Seven, and Eight of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

**<u>COUNT TEN</u>**
**(18 U.S.C. §§ 1956 (a)(1)(A)(i) & (ii) and 1956(h))**

Beginning on or about January 1, 2005, and continuing through and including the date of this indictment, in the Western District of Texas and elsewhere, the Defendants,

[redacted],

[redacted]”,

**(12) RICARDO GONZALEZ SAUCEDA aka “MANDO RICKY” aka “COMMANDANTE RICKY” aka “RICKY COAHUILA” aka “FLACO”,**

did knowingly conspire with each other and others known and unknown to the Grand Jury to conduct and to attempt to conduct financial transactions, affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, to-wit: drug trafficking violations of Title 21, United States Code, Sections 846, 841(a)(1), 963, 952, 959 and 960(a)(1), with the intent to promote the carrying on of the specified unlawful activity knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956 (a)(1)(A)(i) & (ii) and 1956(h).

**UNITED STATES OF AMERICA’S NOTICE OF DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Controlled Substance Forfeiture Statutes and Violations**
**[Title 21 U.S.C. §§ 841(a)(1), (b), (b)(1)(A)(ii), 841(b)(1)(A)(vii), 846, 861(a)(1) and (b), 952(a), 959 and 959(a), 960(a)(1), 960(a)(1), (a)(3), (b)(1)(B), And (b)(1)(G); 961(a)(1) and (b); 963; subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (a)(2) and Title 21 U.S.C. § 970]**

As a result of the foregoing criminal violations set forth in Counts One, Two, Three, Four, Six, and Eight, the United States of America gives notice to Defendants of its intent to seek the forfeiture of the below described property upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 21 U.S.C. §§ 853(a)(1) and (a)(2), and Title 21 U.S.C. § 970, which state the following:

**§ 853 Criminal forfeitures**

**(a) Property subject to criminal forfeiture**
Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provisions of State law–

**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**§ 970. Criminal forfeitures**
Section 853 of this title, relating to criminal forfeitures, shall apply in every respect to a violation of this subchapter punishable by imprisonment for more than one year.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described in paragraph III below.

**II.**
**<u>Money Laundering Forfeiture Statutes and Violations</u>**
**[Title 18 U.S.C. §§ 1956(a)(1)(A)(i), (ii), and (h); subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]**

As a result of the foregoing criminal violations set forth in Count Seven, the United States of America gives notice to Defendants of its intent to seek the forfeiture of the below listed property upon conviction and pursuant to Title 18 U.S.C. § 982(a)(1), which states the following:

**§ 982. Criminal forfeiture**
**(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of section 1956, 1957, or 1960 of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described in

paragraph III below.

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: ______________________
FOR RUSSELL D. LEACHMAN
Assistant United States Attorney